**<u>Plaintiff's Proposed Search Terms and Custodians</u>**

**<u>Search Terms</u>**

- "company-specific"
- "company specific"
- spoof*
- Hossfeld
- "Transfer Kings"
- TK
- Basit
- "Michael Bradley"
- "Michael Johnson"
- PolicyGenius
- "KP Leads"
- external /3 vendor*
- block* /5 "call* ID"
- DNC /5 internal
- TCPA
- scrub*

**<u>Custodians</u>**

- Allstate Agents Associated with Calls to Plaintiff
  - Jason Fleming
  - Daniel Gilmond
  - Alfonso Perez
  - Richard Guerra
  - Justin Powell
- Mary Beth Warner
- Alan Wroblewski
- Valerie Lim
- Brian Bloom