# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Robert Hossfeld

                    Plaintiff,

v.                                            Case No.: 1:20−cv−07091
                                              Honorable Joan B. Gottschall

Allstate Insurance Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to compel willfulness discovery [81] is granted in part and denied in part, for the reasons stated on the record. The Court modifies the request and will permit the following documents to be produced: "For the period December 1, 2016 through December 1, 2020, all non−privileged documents concerning prior complaints, investigations, and audits regarding telemarketing calls: (1) made by third−party vendors to individuals that were on Allstate's internal do not call list; or (2) where the call did not inform the recipient that the call was made in order to sell Allstate goods and services." The documents shall be produced by Defendant by 11/18/21. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.