**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Robert Hossfeld
          Plaintiff,

v.                   Case No.: 1:20−cv−07091
                   Honorable Joan B. Gottschall

Allstate Insurance Company
         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, October 29, 2021:

   MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to compel unredacted documents [96] is denied without prejudice. Allstate's response brief represents that the parties have worked out a compromise that resolves the motion. Plaintiff may refile the motion at a later time if that does not hold true. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.