**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Case No. 1:20-cv-7091 |
| Plaintiff, | ) ) ) | |
| - against - | ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE MOTION FOR ENTRY OF FINAL JUDGMENT
WITHOUT FILING FORMAL SUMMARY JUDGMENT MOTION**

Defendant Allstate Insurance Company ("Allstate") through its undersigned counsel hereby moves this Court for leave to file its attached Motion for Entry of Final Judgment without filing a formal summary judgment motion, pursuant to the Court's Minute Order entered on May 16, 2024 (ECF No. 289) and in support thereof state as follows:

1.      This Court issued its ruling on the parties' cross motions for summary judgment on March 28, 2024 ("Summary Judgment Order"), finding that (1) Allstate is liable to Plaintiff for twelve violations of the Telephone Consumer Protection Act ("TCPA"), 47 C.F.R. § 64.1200(d), and (2) Defendant's violations were knowing and willful for purposes of 47 U.S.C. § 227(c)(5).  (ECF No. 282.)

2.      The TCPA allows for an award of $500 per violation, and treble damages of up to $1,500 for willful violations.  *See* 47 U.S.C. § 227(c)(5)(C).

3.      On April 22, 2024, this Court issued a minute entry stating that it "did not decide whether to award treble statutory damages."  (ECF No. 286.)  A trial on damages is generally

95269032.4

required in TCPA cases.

4. On May 16, 2014, this Court entered an Order granting the parties' separate motions for 14-day extensions of the deadline for further briefing. (ECF No. 289.)

5. The Court informed the parties that it expects the parties to file motions for partial summary judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, to address any further issues requiring briefing before final judgment is entered.

6. The full text of the May 16, 2014 Order is below:

MINUTE entry before the Honorable Joan B. Gottschall: The separate unopposed motions …filed by each party for a 14-day extension of the deadline to file further briefing according to the summary judgment rules is granted. Consistent with the minute order of 4/22/2024, further briefing is due by and including 5/31/2024. Based on the filings to date, the court expects the parties to file motions for partial summary judgment that comply with Fed. R. Civ. P. 56 and Local Rule 56.1. If either party intends to proceed differently, that party should file a motion for leave to proceed without filing a formal summary judgment motion on or before 5/29/2024. Mailed notice (mjc, ) (Entered: 05/16/2024)

7. The parties discussed filing a stipulation for entry of final judgment as to damages, to avoid the need for a trial, but were ultimately unable to reach agreement.

8. Allstate intends to instead file the motion for entry of final judgment ("Final Judgment Motion") attached hereto as **Exhibit A**, to resolve the issue of the amount of money damages for the twelve calls the Court ruled violated the TCPA, while retaining any and all right to appeal other issues in the litigation, such as whether Allstate should be held vicariously liable for the calls to Plaintiff Hossfeld, and whether any violations were knowing and willful.

9. To conserve judicial and litigant resources Allstate moves the Court for leave to proceed without filing a formal summary judgment motion.

10. Allstate moves the Court to consider the Motion without requiring Allstate to comply with the procedural requirements of Rule 56 or Local Rule 56.1 also because the material

2

95269032.4

required for the Court to decide the Final Judgment Motion is contained within the Court's Summary Judgment Order.

11. Allstate's requests in its Motion an entry of final judgment in the amount of $18,000, which is the maximum amount of the statutorily available damages award, $1,500 per violation. Allstate makes this request to avoid a trial and efficiently proceed to final judgment and appeal.

WHEREFORE, Allstate Insurance Company respectfully requests the Court grant this Motion for Leave to file its Motion for Entry of Final Judgment without filing a formal summary judgment motion, and for all other just and proper relief.

Respectfully submitted,

POLSINELLI PC

By: /s/ *Rodney L. Lewis*
　　Rodney L. Lewis
　　**POLSINELLI, PC**
　　150 N. Riverside Plaza, Suite 3000
　　Chicago, Illinois 60606
　　Telephone: (312) 819-1900
　　Facsimile: (312) 819-1910
　　Email: rodneylewis@polsinelli.com

　　*Attorneys for Defendant Allstate Insurance Company*

95269032.4

4

## CERTIFICATE OF SERVICE

This is to certify that on May 29, 2024, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.


Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*/s/ Rodney L. Lewis*
Rodney L. Lewis

95269032.4