UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Robert Hossfeld
                                        Plaintiff,

v.                                                                               Case No.: 1:20−cv−07091
                                                                                Honorable Joan B. Gottschall

Allstate Insurance Company
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's motion [290] for leave to file its motion for entry of final judgment is granted. However, defendant's motion [290−1] for entry of final judgment is denied as premature because defendant seeks entry of judgment only for an agreed amount of $18,000 in money damages, and plaintiff has indicated [289] that he intends to move that the final judgment include a permanent injunction as well as money damages. By agreement of the parties, the final judgment will award the agreed amount of $18,000 in money damages, but plaintiff's request for permanent injunctive relief must be adjudicated before a final judgment can be entered. See Fed. R. Civ. P. 54(b), 58(a); Lottie v. W. Am. Ins. Co., of Ohio Cas. Group of Ins. Companies, 408 F.3d 935, 940 (7th Cir. 2005). Plaintiff's motion [291] for an extension of his deadline to brief his request for permanent injunctive relief is granted. Plaintiff has until and including 6/28/2024 to file either a motion for summary judgment or a motion seeking leave to pursue his request for permanent injunctive relief in another procedural vehicle. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.