# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-7091 |

## DECLARATION OF JOHN HEIDRICH

I, John Heidrich, make this declaration under penalty of perjury and state the following:

1. I am over eighteen years of age, of sound mind, and competent to make this declaration.

2. I am personally knowledgeable about the matters stated herein.

3. I am employed by Allstate Insurance Company ("Allstate"), as Senior Marketing Manager. In that capacity, I am responsible for, among other things, digital communication and marketing compliance.

4. I have personal knowledge of the matters set forth in this declaration. If called upon to testify, I would do so consistently with the statements made in this declaration.

5. I submit this declaration in support of Allstate Insurance Company's ("Allstate") Response to Plaintiff's Motion for Injunction in the matter styled *Hossfeld v. Allstate Insurance Company*, 20-cv-07091 ("Lawsuit"), currently pending in the Northern District of Illinois

6. Allstate maintains a do not call policy and an internal do not call list ("IDNC").

7. Allstate makes its do not call policy available to the public upon request.

8. Allstate also educates its Insurance Agents on its do not call policy and IDNC, and the proper handling of IDNC requests.

9. Allstate maintains Agency Standards that include its do not call policy and practices and they are incorporated into Allstate's agency agreements.

10. On April 25, 2023, Allstate updated its Agency Standards 

11. 

12. 

13. Attached hereto as Exhibit 1 is a true and correct copy of the April 25, 2023 Agency Standards revision.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2024

John Heuck

96858342.4

# EXHIBIT 1

# (EXHIBIT FILED UNDER SEAL)