**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOSSFELD, | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-07091 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | Hon. Judge Joan B. Gottschall |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF**
**DANIEL J. MAROVITCH**

The undersigned respectfully requests that this Court grant leave to withdraw the appearance of Daniel J. Marovitch in this matter as counsel for Plaintiff Robert Hossfeld, and in support states as follows:

1. On December 11, 2020, Daniel J. Marovitch filed his appearance as counsel for Plaintiff Robert Hossfeld in this matter. Dkt. 5.

2. Mr. Marovitch is no longer with Plaintiff's counsel's firm, Burke Law Offices, LLC, and thus respectfully seeks leave to withdraw his appearance in this matter.

3. Attorney Alexander H. Burke of Burke Law Offices, LLC continues to represent Plaintiff as counsel in this matter. Granting this motion will thus not prejudice Plaintiff, because he will remain adequately represented by experienced and capable counsel.

4. The undersigned conferred with counsel for the parties on January 24, 2025, who indicated no objection to the relief requested herein.

WHEREFORE, the undersigned respectfully requests that this Court grant leave to withdraw the appearance of Daniel J. Marovitch as counsel of record for Plaintiff.

Dated: January 24, 2025

Respectfully submitted,

By: */s/ Daniel J. Marovitch*
    Daniel J. Marovitch
    MAROVITCH LAW FIRM, LLC
    444 N. Michigan Ave., Suite 1200
    Chicago, IL 60611
    Telephone: (312) 533-1605
    dmarovitch@marovitchlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Daniel J. Marovitch*

2