IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of a class of all persons and entities similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> ALLSTATE INSURANCE COMPANY, </br></br> Defendant. | Case No. 20-CV-7091 </br></br> Honorable Joan B. Gottschall |

**ORDER ENTERING FINAL JUDGMENT**

This matter comes before the Court on the Parties' Agreed request, made by status report filed February 18, 2025, for Entry of Final Judgment. As explained below, the request will be granted.

1. <u>Liability</u>. On March 28, 2024, the Court entered its Memorandum Opinion and Order ("Summary Judgment Order"), Dkt. 282, dismissing Count I of Plaintiff's Second Amended Complaint with prejudice, denying Allstate's motion for summary judgment as to Count II and granting Plaintiff's Motion for Summary Judgment on <u>Count II</u>, and finding Defendant Allstate Insurance Company ("Allstate") vicariously liable to Plaintiff Robert Hossfeld for twelve telemarketing calls the Court found were made on Allstate's behalf, in violation of the Telephone Consumer Protection Act's internal do not call regulations. 47 C.F.R. § 64.1200(d)(3). Dkt. 282 at 33.

2. <u>Damages</u>. The Court's Summary Judgment Order also found that each of Allstate's aforementioned twelve violations of the TCPA, 47 C.F.R. § 64.1200(d)(3), were knowing and willful pursuant to 47 U.S.C. § 227(c)(5). Pursuant to the Parties' request and agreement, the Court

enters judgment against Allstate and in favor of Hossfeld in the amount of $18,000. *Id.*; Dkt. 292. The Court has denied the request for permanent injunctive relief. Dkt. 319.

All claims in this litigation having been resolved, FINAL JUDGMENT IS HEREBY ENTERED pursuant to Fed.R.Civ.P. 58(a), in favor of Plaintiff Robert Hossfeld and against Defendant Allstate Insurance Company for Count II of Plaintiff Hossfeld's Complaint in the amount of $18,000. This entry of judgment preserves each party's right to seek appellate review of any appealable issue, including the Court's Order on Summary Judgment (ECF No. 282).

Date: March 20, 2025 /s/ Joan B. Gottschall
United States District Judge