**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) | Case No. 1:20-cv-7091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION TO APPROVE**
**SUPERSEDEAS BOND AND STAY EXECUTION OF JUDGMENT**

Defendant Allstate Insurance Company ("Allstate,"), by and through its undersigned counsel, hereby requests that the Court enter an order approving a supersedeas bond (attached as Exhibit A) and staying execution and enforcement of the monetary judgment entered against Defendant on March 20, 2025. In support thereof, Defendant states as follows:

1.      On March 28, 2024, the Court issued a Memorandum Opinion & Order granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment. (Dkt. 282.)

2.      On March 20, 2025, the Court entered final judgement in favor of Plaintiff in the amount of $18,000. (Dkt. 327).

3.      On March 27, 2025, Defendant filed a Notice of Appeal (Dkt. 330).

4.      Under Federal Rule of Civil Procedure 62(a), "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise." Federal Rule of Civil Procedure 62(b) also provides that "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security" and "[t]he stay takes effect when

the court approves the bond or other security and remains in effect for the time specified in the bond or other security."

5.    Local Rule 62.1 provides the formula for calculating the amount of a supersedeas bond under Federal Rule of Civil Procedure 62(b). In provides, in relevant part, "where the judgment is for a sum of money only, [the bond] shall be in the amount of the judgment plus one year's interest at the rate provided in 28 U.S.C. § 1961, plus $500 to cover costs.

6.    28 U.S.C. § 1961 provides that "interest shall be calculated from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week proceeding the date of judgment."

7.    Judgment was entered on March 20, 2025. The weekly average 1-year constant maturity Treasury yield for the week preceding March 20, 2025 was 4.04%. *See* Exhibit B, Federal Reserve Data.

8.    Accordingly, Defendant has calculated the amount of the supersedeas bond as follows:

|  |  |
|---|---|
| $18,000.00 | Judgment Amount |
| $    727.20 | One year of interest at 4.04 |
| $    500.00 | Costs Under L.R. 62.1 |
| **$19,227.20** | **Bond Amount** |

9.    Exhibit A is a $19,227.20 supersedeas bond issued by Liberty Mutual Insurance Company.  Liberty Mutual Insurance Company holds a certificate of authority from the Secretary of Treasury and is licensed to issue bonds in Illinois. *See*  U.S. Dep't of Treasury, List of Certified Surety    Bond    Companies,    https://www.fiscal.treasury.gov/surety-bonds/list-certified-companies.html (last modified July 1, 2024). Liberty Mutual Insurance Company is therefore an appropriate surety under Local Rule 65.1.

WHEREFORE, Defendant respectfully requests that the Court enter an order:

(a)     approving the supersedeas bond issued by Liberty Mutual Insurance Company in the amount of $19,227.20; and

(b)     staying all persons or entities from executing, or attempting to execute, upon the judgment in this case and from filing any proceedings to enforce the judgment pending appeal.

Dated: April 11, 2025                                        Respectfully submitted,


By: */s/ Rodney L. Lewis*
Rodney L. Lewis
**POLSINELLI, PC**
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: rodneylewis@polsinelli.com

*Counsel for Defendant*
*Allstate Insurance Company*

3

## CERTIFICATE OF SERVICE

This is to certify that on April 11, 2025, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

/s/ Rodney L. Lewis
Rodney L. Lewis