# EXHIBIT A

# Appeal Bond

| | |
|---|---|
| Robert Hossfeld<br>Plaintiff(s)<br><br>-against-<br><br>Allstate Insurance Company<br>Defendant(s) | Bond No.  285078234<br><br>Index or<br>Cause No.  20-CV-7091 |

KNOW ALL MEN BY THESE PRESENTS, that we ALLSTATE INSURANCE COMPANY , as Principal, and LIBERTY MUTUAL INSURANCE COMPANY , a corporation organized under the laws of the State of  MA  and authorized to do business in the State of  IL , as Surety, are held and firmly bound unto UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION , as Obligee, in the maximum penal sum of  Nineteen Thousand Two Hundred Twenty Seven and 20/100 Dollars ($ 19,227.20 ), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the United States Court Of Appeals For The Seventh Circuit from a judgment entered on the  20th  day of  March ,  2025 .

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

IN NO EVENT, however, shall the surety's obligation under this bond exceed the maximum aggregate sum of Nineteen Thousand Two Hundred Twenty Seven and 20/100 Dollars ($ 19,227.20 )

SIGNED, SEALED AND DATED this  3rd  day of  April ,  2025 .

ALLSTATE INSURANCE COMPANY

By: _____

LIBERTY MUTUAL INSURANCE COMPANY

By: _____
Judith A. Lucky-Eftimov , Attorney-in-Fact



**POWER OF ATTORNEY**

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8213091-285057

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Aaron D. Griffin; Aerie Walton; Bartlomiej Siepierski; Christina L. Sandoval; Corinne Chapman; Dartonya Wright; Derek J. Elston; Jean Torres; Jennifer L. Jakaitis; Jessica B. Dempsey; Judith A. Lucky-Eftimov; Kristin L. Hannigan; Melissa L. Fortier; Nicholas Kertesz; Richard Casas; Robert Nachreiner; Roger Paraison; Samantha Chierici; Sandra M. Winsted; Susan A. Welsh; Tara A. Maquinto

all of the city of _____ Chicago _____ state of _____ IL _____ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this **6th** day of **February** , **2025** .

<div style="writing-mode: vertical-lr">Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.</div>

 

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _____
Nathan J. Zangerle, Assistant Secretary

State of PENNSYLVANIA ss
County of MONTGOMERY

On this **6th** day of **February** , **2025** before me personally appeared Nathan J. Zangerle, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.



Commonwealth of Pennsylvania - Notary Seal
Teresa Pastella, Notary Public
Montgomery County
My commission expires March 28, 2029
Commission number 1126044
Member, Pennsylvania Association of Notaries

By: _____
Teresa Pastella, Notary Public

<div style="writing-mode: vertical-lr">For bond and/or Power of Attorney (POA) verification inquiries, please call 610-832-8240 or email HOSUR@libertymutual.com.</div>

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes Nathan J. Zangerle, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this **3rd** day of **April, 2025**

 

By: _____
Renee C. Llewellyn, Assistant Secretary

LMS-12873 LMIC OCIC WAIC Multi Co 02/24

# EXHIBIT B

Resource Center | U.S. Department of the Treasury

An official website of the United States government    Here's how you know ⌄

# U.S. DEPARTMENT OF THE TREASURY

## Daily Treasury Par Yield Curve Rates

✉ Get updates to this content

NOTICE: See Developer Notice on changes to the XML data feeds

**XML** View the XML feed

Render the XML feed in a browser

Download the daily XML files for all data sets

**CSV** Download CSV

Select type of Interest Rate Data

| Daily Treasury Par Yield Curve Rates ⇕ |

Select Time Period

| 2025 ⇕ |

**Apply**

| Date | 1 Mo | 1.5 Mo | 2 Mo | 3 Mo | 4 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|------|------|--------|------|------|------|------|------|------|------|------|------|-------|-------|-------|
| 01/02/2025 | 4.45 | N/A | 4.36 | 4.36 | 4.31 | 4.25 | 4.17 | 4.25 | 4.29 | 4.38 | 4.47 | 4.57 | 4.86 | 4.79 |
| 01/03/2025 | 4.44 | N/A | 4.35 | 4.34 | 4.31 | 4.25 | 4.18 | 4.28 | 4.32 | 4.41 | 4.51 | 4.60 | 4.88 | 4.82 |
| 01/06/2025 | 4.43 | N/A | 4.36 | 4.35 | 4.31 | 4.24 | 4.17 | 4.28 | 4.30 | 4.42 | 4.52 | 4.62 | 4.91 | 4.85 |
| 01/07/2025 | 4.42 | N/A | 4.35 | 4.35 | 4.31 | 4.24 | 4.19 | 4.30 | 4.33 | 4.46 | 4.57 | 4.67 | 4.97 | 4.91 |
| 01/08/2025 | 4.41 | N/A | 4.34 | 4.35 | 4.31 | 4.25 | 4.19 | 4.28 | 4.31 | 4.45 | 4.56 | 4.67 | 4.97 | 4.91 |
| 01/09/2025 | 4.44 | N/A | 4.36 | 4.35 | 4.31 | 4.24 | 4.16 | 4.27 | 4.31 | 4.46 | 4.57 | 4.68 | 4.98 | 4.92 |
| 01/10/2025 | 4.42 | N/A | 4.35 | 4.36 | 4.33 | 4.27 | 4.25 | 4.40 | 4.46 | 4.59 | 4.70 | 4.77 | 5.04 | 4.96 |
| 01/13/2025 | 4.42 | N/A | 4.36 | 4.37 | 4.34 | 4.30 | 4.24 | 4.40 | 4.49 | 4.61 | 4.71 | 4.79 | 5.05 | 4.97 |
| 01/14/2025 | 4.42 | N/A | 4.35 | 4.36 | 4.33 | 4.29 | 4.22 | 4.37 | 4.46 | 4.59 | 4.70 | 4.78 | 5.06 | 4.98 |

| Date | 1 Mo | 1.5 Mo | 2 Mo | 3 Mo | 4 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|------|------|--------|------|------|------|------|------|------|------|------|------|-------|-------|-------|
| 01/15/2025 | 4.40 | N/A | 4.34 | 4.35 | 4.32 | 4.26 | 4.19 | 4.27 | 4.34 | 4.45 | 4.55 | 4.66 | 4.95 | 4.88 |
| 01/16/2025 | 4.43 | N/A | 4.36 | 4.34 | 4.32 | 4.26 | 4.18 | 4.23 | 4.29 | 4.39 | 4.50 | 4.61 | 4.91 | 4.84 |
| 01/17/2025 | 4.43 | N/A | 4.35 | 4.34 | 4.32 | 4.28 | 4.21 | 4.27 | 4.33 | 4.42 | 4.52 | 4.61 | 4.91 | 4.84 |
| 01/21/2025 | 4.42 | N/A | 4.35 | 4.36 | 4.33 | 4.28 | 4.21 | 4.29 | 4.33 | 4.40 | 4.49 | 4.57 | 4.87 | 4.80 |
| 01/22/2025 | 4.42 | N/A | 4.35 | 4.36 | 4.32 | 4.28 | 4.20 | 4.29 | 4.34 | 4.43 | 4.51 | 4.60 | 4.89 | 4.82 |
| 01/23/2025 | 4.45 | N/A | 4.36 | 4.36 | 4.32 | 4.27 | 4.18 | 4.29 | 4.35 | 4.45 | 4.55 | 4.65 | 4.92 | 4.87 |
| 01/24/2025 | 4.45 | N/A | 4.36 | 4.35 | 4.32 | 4.25 | 4.17 | 4.27 | 4.33 | 4.43 | 4.53 | 4.63 | 4.91 | 4.85 |
| 01/27/2025 | 4.44 | N/A | 4.36 | 4.32 | 4.30 | 4.25 | 4.13 | 4.17 | 4.24 | 4.32 | 4.43 | 4.53 | 4.82 | 4.76 |
| 01/28/2025 | 4.44 | N/A | 4.35 | 4.31 | 4.30 | 4.26 | 4.14 | 4.19 | 4.25 | 4.33 | 4.43 | 4.55 | 4.84 | 4.78 |
| 01/29/2025 | 4.43 | N/A | 4.34 | 4.31 | 4.34 | 4.27 | 4.17 | 4.21 | 4.27 | 4.35 | 4.44 | 4.55 | 4.85 | 4.79 |
| 01/30/2025 | 4.37 | N/A | 4.38 | 4.30 | 4.33 | 4.27 | 4.16 | 4.18 | 4.24 | 4.31 | 4.41 | 4.52 | 4.81 | 4.76 |
| 01/31/2025 | 4.37 | N/A | 4.37 | 4.31 | 4.33 | 4.28 | 4.17 | 4.22 | 4.27 | 4.36 | 4.47 | 4.58 | 4.88 | 4.83 |
| 02/03/2025 | 4.37 | N/A | 4.38 | 4.34 | 4.35 | 4.28 | 4.20 | 4.26 | 4.28 | 4.35 | 4.45 | 4.54 | 4.82 | 4.77 |
| 02/04/2025 | 4.36 | N/A | 4.38 | 4.33 | 4.35 | 4.27 | 4.18 | 4.21 | 4.25 | 4.31 | 4.42 | 4.52 | 4.81 | 4.75 |
| 02/05/2025 | 4.35 | N/A | 4.37 | 4.33 | 4.35 | 4.27 | 4.17 | 4.17 | 4.19 | 4.24 | 4.33 | 4.43 | 4.69 | 4.64 |
| 02/06/2025 | 4.37 | N/A | 4.38 | 4.34 | 4.36 | 4.28 | 4.19 | 4.21 | 4.23 | 4.28 | 4.36 | 4.45 | 4.70 | 4.65 |
| 02/07/2025 | 4.37 | N/A | 4.38 | 4.35 | 4.37 | 4.30 | 4.25 | 4.29 | 4.31 | 4.34 | 4.42 | 4.49 | 4.75 | 4.69 |
| 02/10/2025 | 4.38 | N/A | 4.40 | 4.35 | 4.37 | 4.31 | 4.24 | 4.28 | 4.30 | 4.34 | 4.42 | 4.51 | 4.76 | 4.71 |
| 02/11/2025 | 4.38 | N/A | 4.40 | 4.35 | 4.37 | 4.31 | 4.25 | 4.29 | 4.28 | 4.37 | 4.45 | 4.54 | 4.80 | 4.75 |
| 02/12/2025 | 4.38 | N/A | 4.39 | 4.35 | 4.36 | 4.33 | 4.30 | 4.36 | 4.37 | 4.48 | 4.56 | 4.62 | 4.90 | 4.83 |
| 02/13/2025 | 4.37 | N/A | 4.39 | 4.34 | 4.35 | 4.33 | 4.27 | 4.31 | 4.31 | 4.39 | 4.46 | 4.52 | 4.79 | 4.72 |
| 02/14/2025 | 4.37 | N/A | 4.38 | 4.34 | 4.35 | 4.32 | 4.23 | 4.26 | 4.26 | 4.33 | 4.41 | 4.47 | 4.75 | 4.69 |
| 02/18/2025 | 4.38 | 4.41 | 4.38 | 4.34 | 4.37 | 4.34 | 4.24 | 4.29 | 4.33 | 4.40 | 4.48 | 4.55 | 4.83 | 4.77 |
| 02/19/2025 | 4.38 | 4.42 | 4.38 | 4.34 | 4.35 | 4.34 | 4.22 | 4.28 | 4.30 | 4.37 | 4.46 | 4.53 | 4.79 | 4.76 |
| 02/20/2025 | 4.37 | 4.40 | 4.38 | 4.33 | 4.35 | 4.33 | 4.20 | 4.28 | 4.27 | 4.34 | 4.43 | 4.50 | 4.77 | 4.74 |

Case: 1:20-cv-07091 Document #: 333-1 Filed: 04/11/25 Page 7 of 9 PageID #:14894

| Date | 1 Mo | 1.5 Mo | 2 Mo | 3 Mo | 4 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2025 | 4.36 | 4.39 | 4.38 | 4.32 | 4.34 | 4.30 | 4.15 | 4.19 | 4.19 | 4.26 | 4.35 | 4.42 | 4.69 | 4.67 |
| 02/24/2025 | 4.36 | 4.38 | 4.37 | 4.31 | 4.34 | 4.30 | 4.15 | 4.13 | 4.17 | 4.23 | 4.32 | 4.40 | 4.69 | 4.66 |
| 02/25/2025 | 4.34 | 4.37 | 4.37 | 4.30 | 4.33 | 4.28 | 4.12 | 4.07 | 4.08 | 4.12 | 4.21 | 4.30 | 4.59 | 4.55 |
| 02/26/2025 | 4.35 | 4.38 | 4.37 | 4.31 | 4.32 | 4.28 | 4.12 | 4.05 | 4.04 | 4.06 | 4.16 | 4.25 | 4.55 | 4.51 |
| 02/27/2025 | 4.38 | 4.38 | 4.38 | 4.32 | 4.32 | 4.28 | 4.13 | 4.07 | 4.05 | 4.09 | 4.19 | 4.29 | 4.59 | 4.56 |
| 02/28/2025 | 4.38 | 4.37 | 4.38 | 4.32 | 4.32 | 4.25 | 4.08 | 3.99 | 3.99 | 4.03 | 4.14 | 4.24 | 4.55 | 4.51 |
| 03/03/2025 | 4.38 | 4.38 | 4.37 | 4.35 | 4.31 | 4.31 | 4.06 | 3.96 | 3.93 | 3.97 | 4.06 | 4.16 | 4.49 | 4.45 |
| 03/04/2025 | 4.39 | 4.38 | 4.37 | 4.34 | 4.31 | 4.28 | 4.04 | 3.96 | 3.94 | 4.01 | 4.11 | 4.22 | 4.56 | 4.53 |
| 03/05/2025 | 4.38 | 4.38 | 4.36 | 4.35 | 4.30 | 4.30 | 4.06 | 3.99 | 4.01 | 4.08 | 4.18 | 4.28 | 4.61 | 4.57 |
| 03/06/2025 | 4.38 | 4.37 | 4.34 | 4.34 | 4.28 | 4.27 | 4.02 | 3.96 | 3.98 | 4.06 | 4.18 | 4.29 | 4.63 | 4.58 |
| 03/07/2025 | 4.38 | 4.36 | 4.33 | 4.34 | 4.29 | 4.29 | 4.05 | 3.99 | 4.01 | 4.09 | 4.21 | 4.32 | 4.66 | 4.62 |
| 03/10/2025 | 4.37 | 4.35 | 4.34 | 4.33 | 4.28 | 4.25 | 3.98 | 3.89 | 3.91 | 3.98 | 4.10 | 4.22 | 4.58 | 4.54 |
| 03/11/2025 | 4.37 | 4.37 | 4.33 | 4.34 | 4.28 | 4.26 | 4.03 | 3.94 | 3.92 | 4.03 | 4.16 | 4.28 | 4.63 | 4.59 |
| 03/12/2025 | 4.36 | 4.36 | 4.34 | 4.35 | 4.30 | 4.27 | 4.07 | 4.01 | 3.98 | 4.09 | 4.20 | 4.32 | 4.67 | 4.63 |
| 03/13/2025 | 4.37 | 4.37 | 4.34 | 4.34 | 4.28 | 4.27 | 4.03 | 3.94 | 3.93 | 4.02 | 4.15 | 4.27 | 4.63 | 4.59 |
| 03/14/2025 | 4.37 | 4.36 | 4.33 | 4.33 | 4.30 | 4.29 | 4.09 | 4.02 | 4.00 | 4.09 | 4.20 | 4.31 | 4.65 | 4.62 |
| 03/17/2025 | 4.37 | 4.35 | 4.33 | 4.34 | 4.30 | 4.29 | 4.11 | 4.06 | 4.03 | 4.11 | 4.21 | 4.31 | 4.64 | 4.60 |
| 03/18/2025 | 4.37 | 4.35 | 4.33 | 4.34 | 4.29 | 4.29 | 4.13 | 4.04 | 4.01 | 4.07 | 4.18 | 4.29 | 4.61 | 4.58 |
| 03/19/2025 | 4.37 | 4.34 | 4.32 | 4.33 | 4.30 | 4.29 | 4.10 | 3.99 | 3.95 | 4.03 | 4.14 | 4.25 | 4.58 | 4.56 |
| 03/20/2025 | 4.36 | 4.34 | 4.34 | 4.33 | 4.29 | 4.27 | 4.06 | 3.95 | 3.93 | 4.01 | 4.12 | 4.24 | 4.57 | 4.55 |
| 03/21/2025 | 4.36 | 4.33 | 4.33 | 4.33 | 4.29 | 4.26 | 4.04 | 3.94 | 3.92 | 4.00 | 4.12 | 4.25 | 4.60 | 4.59 |
| 03/24/2025 | 4.35 | 4.34 | 4.34 | 4.33 | 4.30 | 4.27 | 4.11 | 4.04 | 4.01 | 4.09 | 4.22 | 4.34 | 4.68 | 4.66 |
| 03/25/2025 | 4.36 | 4.34 | 4.33 | 4.33 | 4.30 | 4.26 | 4.09 | 3.96 | 3.98 | 4.07 | 4.19 | 4.31 | 4.67 | 4.65 |
| 03/26/2025 | 4.36 | 4.34 | 4.33 | 4.33 | 4.31 | 4.26 | 4.10 | 3.98 | 4.01 | 4.08 | 4.22 | 4.35 | 4.71 | 4.69 |
| 03/27/2025 | 4.37 | 4.35 | 4.36 | 4.33 | 4.31 | 4.27 | 4.10 | 3.97 | 4.00 | 4.09 | 4.23 | 4.38 | 4.75 | 4.73 |

| Date | 1 Mo | 1.5 Mo | 2 Mo | 3 Mo | 4 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2025 | 4.38 | 4.35 | 4.35 | 4.33 | 4.30 | 4.26 | 4.04 | 3.89 | 3.91 | 3.98 | 4.11 | 4.27 | 4.65 | 4.64 |
| 03/31/2025 | 4.38 | 4.36 | 4.35 | 4.32 | 4.31 | 4.23 | 4.03 | 3.89 | 3.89 | 3.96 | 4.09 | 4.23 | 4.62 | 4.59 |
| 04/01/2025 | 4.38 | 4.36 | 4.35 | 4.32 | 4.30 | 4.23 | 4.01 | 3.87 | 3.85 | 3.91 | 4.03 | 4.17 | 4.56 | 4.52 |
| 04/02/2025 | 4.38 | 4.36 | 4.34 | 4.32 | 4.32 | 4.24 | 4.04 | 3.91 | 3.89 | 3.95 | 4.07 | 4.20 | 4.58 | 4.54 |
| 04/03/2025 | 4.36 | 4.37 | 4.38 | 4.31 | 4.29 | 4.20 | 3.92 | 3.71 | 3.68 | 3.75 | 3.88 | 4.06 | 4.51 | 4.49 |
| 04/04/2025 | 4.36 | 4.35 | 4.36 | 4.28 | 4.25 | 4.14 | 3.86 | 3.68 | 3.66 | 3.72 | 3.84 | 4.01 | 4.44 | 4.41 |
| 04/07/2025 | 4.36 | 4.36 | 4.36 | 4.29 | 4.28 | 4.14 | 3.86 | 3.73 | 3.72 | 3.82 | 3.97 | 4.15 | 4.61 | 4.58 |
| 04/08/2025 | 4.36 | 4.39 | 4.37 | 4.31 | 4.30 | 4.14 | 3.83 | 3.71 | 3.71 | 3.88 | 4.05 | 4.26 | 4.76 | 4.71 |
| 04/09/2025 | 4.36 | 4.38 | 4.37 | 4.35 | 4.36 | 4.23 | 4.03 | 3.91 | 3.91 | 4.06 | 4.20 | 4.34 | 4.78 | 4.72 |

**Wednesday Apr 09, 2025**

*Series Break - Treasury updated its methodology for deriving yield curves. On 12/6/2021, Treasury began using a monotone convex spline (MC) method for deriving its official par yield curves and discontinued the use of the quasi-cubic Hermite spline (HS) methodology. **All Treasury yield curve rates derived from yield curves that used the HS methodology - prior to implementation of the MC method - remain official.** See the Yield Curve Methodology Change Information Sheet for more details.

** The 1.5-month constant maturity series began on February 18, 2025, with the first auction of a 6-week Treasury bill as a benchmark Treasury security. Prior to this date, Treasury had issued Treasury bills with 6-week maturities as cash management bills.

** The 4-month constant maturity series began on October 19, 2022, with the first auction of a 17-week Treasury bill as a benchmark Treasury security. Prior to this date, Treasury had issued Treasury bills with 17-week maturities as cash management bills.

The 2-month constant maturity series began on October 16, 2018, with the first auction of the 8-week Treasury bill.

30-year Treasury constant maturity series was discontinued on February 18, 2002 and reintroduced on February 9, 2006. From February 18, 2002 to February 8, 2006, Treasury published alternatives to a 30-year rate. See Long-Term Average Rate for more information.

Treasury discontinued the 20-year constant maturity series at the end of calendar year 1986 and reinstated that series on October 1, 1993. As a result, there are no 20-year rates available for the time-period January 1, 1987 through September 30, 1993.

Case: 1:20-cv-07091 Document #: 333-1 Filed: 04/11/25 Page 9 of 9 PageID #:14896

**Treasury Par Yield Curve Rates:** These rates are commonly referred to as "Constant Maturity Treasury" rates, or CMTs. Yields are interpolated by the Treasury from the daily par yield curve. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid prices on the most recently auctioned Treasury securities in the over-the-counter market. These par yields are derived from indicative, bid-side market price quotations (not actual transactions) obtained by the Federal Reserve Bank of New York at or near 3:30 PM each trading day. The CMT yield values are read from the par yield curve at fixed maturities, currently 1, 1.5, 2, 3, 4 and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a par yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity.

**Treasury Par Yield Curve Methodology:** The Treasury par yield curve is estimated daily using a monotone convex spline method. Inputs to the model are indicative bid-side prices for the most recently auctioned nominal Treasury securities. Treasury reserves the option to make changes to the yield curve as appropriate and in its sole discretion. See our Treasury Yield Curve Methodology page for details.

**Negative Yields and Nominal Constant Maturity Treasury Series Rates (CMTs):** At times, financial market conditions, in conjunction with extraordinarily low levels of interest rates, may result in negative yields for some Treasury securities trading in the secondary market. Negative yields for Treasury securities most often reflect highly technical factors in Treasury markets related to the cash and repurchase agreement markets and are at times unrelated to the time value of money.

At such times, Treasury will not restrict the use of prices that correspond to negative yields as inputs to the monotone convex spline method. However, the derived par yield curve from these input prices for the Treasury nominal Constant Maturity Treasury series (CMTs) will be floored at zero. This decision is consistent with Treasury not accepting negative yields in Treasury nominal security auctions.

In addition, given that CMTs are used in many statutorily and regulatory determined loan and credit programs as well as for setting interest rates on non-marketable government securities, establishing a floor of zero more accurately reflects borrowing costs related to various programs.

For more information regarding these statistics contact the Office of Debt Management by email at debt.management@do.treas.gov

For other Public Debt information contact (202) 504-3550